**DELAWARE COUNTY PRISON EM-PLOYEES INDEPENDENT UNION; Robert Pizzi, President, Delaware County Prison Employees Independent Union, in his official capacity and as a taxpayer; and Michael Pelleritti, Secretary, Delaware County Prison Employees Independent Union, in his official capacity and as a taxpayer, Appellants,**

v.

**DELAWARE COUNTY, Pennsylvania; The Delaware County Council; Ward T. Williams, Paul G. Mattus, Thomas H. Killion, Wallace H. Nunn, and John J. McFadden, in their capacity as members of the Delaware County Council; The Delaware County Board of Prison In-**spectors; and Charles Sexton, William Kelly, Elizabeth Signor, Ward Williams, and John McKenna, in their capacity as members of the Delaware County Board of Prison Inspectors and Wackenhut Corrections Corporation.

No. 982 C.D. 1996.

Commonwealth Court of Pennsylvania.

Aug. 29, 1996.

---

## ORDER

McGINLEY, Judge.

AND NOW, to wit, this 29th day of August, 1996, after consideration of the emergency application for stay of this Court's order dated August 9, 1996, the answer filed thereto, and Appellants' motion for amendment of the Court's order to state that an appeal of same will not act as an automatic supersedeas, this Court hereby orders as follows:

1. This Court's order dated August 9, 1996, is hereby modified so as to require Appellees, Delaware County Pennsylvania, et. al., in the above-captioned matter, to cease and desist from privatizing the prison operation in compliance with the arbitrator's award at AAA Case No. 14 390 01365 95A, dated March 28, 1996, no later than September 9, 1996.

2. The motion of Appellant Delaware County Prison Independent Union, et al. for amendment of this Court's order in the above-captioned matter, dated August 9, 1996, is denied.